UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CEDRIC GREENE, et al.,

        Plaintiffs,

    v.

UNITED STATES POSTAL SERVICE,

        Defendant.

CASE NO. C19-0129-JCC

ORDER RE: APPLICATION TO PROCEED IN FORMA PAUPERIS

Because plaintiff Cedric Greene does not appear to have funds available to afford the $400.00 filing fee, he financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiff's amended IFP application (Dkt. 3) is GRANTED.[1] However, this matter should be reviewed under 28 U.S.C. § 1915(e)(2)(B). *See Greene v. United States Postal Serv.*, No. 18-1345, 2018 U.S. App. LEXIS 35372 (10th Cir. Dec. 12, 2018) (addressing identical claim and noting filing restrictions place on Greene by the Tenth Circuit, Ninth Circuit, and a number of district courts); *see also In re: Greene*, No. 08-80128, 2009 U.S. App. LEXIS 29911 (9th Cir. Jun 2, 2009); *Greene v. Dantzler*, No. 2:15-02096, 2017 U.S. Dist.

---

[1] The complaint names Greene and Katrice Cyphers as plaintiffs. (*See* Dkt. 1-1.) The Court would normally require each plaintiff to submit an IFP application. However, along with his amended IFP application, Green filed a motion seeking to withdraw Cyphers as a named plaintiff. (Dkt. 4.)

ORDER
PAGE - 1

LEXIS 22113 (D. Nev. Jan. 27, 2017). The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

DATED this 7th day of February, 2019.

Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE - 2